UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| XCLUSIVE-LEE, INC., | : | 26-cv-6278 (SHS) |
| Plaintiff, | : | ORDER |
| BRANDON BLACKWOOD LLC, | : | |
| Defendant. | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff having filed a notice of settlement on November 10, 2026 [Doc. No. 20],

IT IS HEREBY ORDERED that that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time.

Dated: New York, New York
November 10, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.